21-2729-cv
*Solomon v. St. Joseph Hospital*

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-two.

Present:
        DEBRA ANN LIVINGSTON,
           *Chief Judge*,
        JOSÉ A. CABRANES,
        MICHAEL H. PARK,
           *Circuit Judges*.

---

ZACHARY SOLOMON,

    *Plaintiff-Appellee*,

v.                       21-2729-cv

ST. JOSEPH HOSPITAL, CATHOLIC HEALTH SYSTEM OF LONG ISLAND, INC.,

    *Defendants-Appellants*.

---

This appeal was taken on submission for merits determination on June 15, 2022. The panel has determined that it would benefit the Court to appoint counsel as *amicus curiae*.

IT IS HEREBY ORDERED that counsel be appointed as *amicus curiae* from this Court's *pro bono* panel to brief the following: (1) Whether, and to what extent, we have appellate jurisdiction over the district court's September 29, 2021, order; and (2) Whether the district court had subject-matter jurisdiction to hear the case below. Amicus's brief, which should not exceed 25 double-spaced pages, is due by September 16, 2022. If either party wishes to file a brief responding to Amicus's brief, a letter brief not to exceed 10 double-spaced pages may be filed within 20 days of the filing of Amicus's brief.

                                  FOR THE COURT:
                                  Catherine O'Hagan Wolfe, Clerk of Court

