# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: 21-2729-cv

**Caption [use short title]**: Solomon v. St. Joseph Hospital

**Motion for:** Extend Time to File *Amicus Curiae* Brief

Set forth below precise, complete statement of relief sought:

An extension of two weeks until September 30, 2022 to file its *Amicus Curiae* Brief

**MOVING PARTY:** Proloy K. Das, Court appointed *amicus curiae*
☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:** St. Joseph Hospital

**MOVING ATTORNEY:** Proloy K. Das

**OPPOSING ATTORNEY:** Megan A. Lawless

[name of attorney, with firm, address, phone number and e-mail]

280 Trumbull Street, 12th Floor
Hartford, CT 06103
860--240-6000; pdas@murthalaw.com

Vigorito, Barker, Patterson, Nicolos & Porter, LLP
300 Garden City Plaza, Suite 308, Garden City, NY 11530
516-282-3355; m.lawless@vbpnplaw.com

Court-Judge/Agency appealed from: EDNY - Hon. Frederic Block

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): ____

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this Court?    ☐ Yes ☐ No
Requested return date and explanation of emergency: ____

Is oral argument on motion requested?    ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes ☒ No  If yes, enter date: ____

**Signature of Moving Attorney:**
/s/ Proloy K. Das    **Date:** 9/15/2022    Service by: ☒ CM/ECF    ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)


American LegalNet, Inc.
www.FormsWorkFlow.com

# 21-2729-cv

_____

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____

ZACHARY SOLOMON,

                                        Plaintiff-Appellee,

v.

ST. JOSEPH HOSPITAL; CATHOLIC HEALTH SYSTEM OF LONG ISLAND, INC.,

                                        Defendants-Appellants.

_____

On Appeal from the United States District Court
for the Eastern District of New York

_____

**MOTION TO EXTEND TIME TO FILE *AMICUS CURIAE* BRIEF**

    Pursuant to Local Rule 27.1, this Court's appointed *amicus curiae* in the foregoing action, respectfully requests an extension of time until September 30, 2022 to file its *amicus curiae* brief. The brief is currently due on September 16, 2022. This is the first motion filed seeking an extension of time. As grounds therefore, the Court's appointed *amicus curiae* states:

1. The undersigned has been researching the issues set forth in the Court's briefing order;

2. Since this Court's order was issued in this case, additional authorities have been brought to the undersigned's attention which the undersigned is reviewing;

3. The press of other matters, including the filing of briefs and pleadings before the U. S. Supreme Court and Connecticut Supreme Court have delayed completion of the brief in this matter.

WHEREFORE, the Court's appointed *amicus curiae* requests that its motion be allowed.

> Respectfully Submitted,
>
> /s/ Proloy K. Das
> Proloy K. Das
> Murtha Cullina LLP
> 280 Trumbull Street, 12th Floor
> Hartford, CT 06103
> Telephone: 860.240.6000
> pdas@murthalaw.com
>
> *Counsel for Court Appointed Amicus Curiae*

September 15, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2022, the foregoing Motion to Extend Time to File *Amicus Curiae Brief* was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the court's electronic filing system and by mail to anyone unable to accept electronic filings. Parties may access this filing through the Court's CM/ECF system.

    /s/ Proloy K. Das
Proloy K. Das