

**Timothy W. Hoover**
Partner
561 Franklin Street
Buffalo, New York 14202
Telephone: (716) 800-2604
Facsimile: (716) 885-8569
*thoover@hooverdurland.com*
*www.hooverdurland.com*

January 25, 2023

**Via CM-ECF**

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *Solomon v. St. Joseph Hosp.,* No. 21-2729

Dear Ms. Wolfe:

    I am court-appointed *amicus curiae*. I write pursuant to Fed. R. App. P. 28(j) to advise the Court that on January 23, 2023, the United States Court of Appeals for the Sixth Circuit issued a published opinion in *Hudak v. Elmcroft of Sagamore Hills*, — F.3d —, 2023 WL 352711 (6th Cir. 2023). In sum, the Sixth Circuit joined four other courts of appeal in concluding that the PREP Act does not effectuate complete preemption or provide a basis for federal subject matter jurisdiction, and that the plaintiff's claims must be remanded to state court. *Id.* at *3-7 (no complete preemption); *see also id.* at *8 (claims do not arise under federal law/no substantial federal question under *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308 (2005)), *8-10 (no federal officer jurisdiction); *accord* Doc. 117 at 13-25, 13 n.4.

    I respectfully request that this letter be circulated to the members of the panel deciding this appeal.

        Respectfully submitted,

        /s/Timothy W. Hoover

        Timothy W. Hoover

TWH/
cc:    All counsel of record (via CM/ECF)